# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

DARREN REZENDES,
    Plaintiff,

v.                                        CA. No. 18-575-JJM-PAS

DEPARTMENT OF YOUT AND FAMILIES
    Defendant.

## **JUDGMENT**

      This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

      Pursuant to this Court's Order entered on October 22, 2018, the judgment is hereby entered dismissing the Plaintiff's Complaint (ECF No. 1) in accordance with Fed. R. Civ. P. 58.

      It is so ordered.


October 22, 2018                          By the Court:

                                               /s/ Hanorah Tyer-Witek.
                                               Clerk of Court